1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  KUTAK ROCK LLP
   5 Park Plaza, Suite 1500                    E-FILED 11/10/16
3  Irvine, CA  92614-8595
   Telephone:  (949) 417-0999
4  Facsimile:  (949) 417-5394
   Email:      jeffrey.gerardo@kutakrock.com
5  Email:      steven.dailey@kutakrock.com

6  Attorneys for Defendants
   MORTGAGE ELECTRONIC REGISTRATION
7  SYSTEMS, INC. [erroneously sued as "MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS, INC., A
8  DELAWARE CORPORATION, AS NOMINEE FOR
   HOMEWIDE LENDING CORP."], WELLS FARGO
9  BANK, NA.. SUCCESSOR BY MERGER TO
   WELLS FARGO BANK MINNESOTA, N.A., F/K/A
10 NORWEST BANK MINNESOTA, N.A., SOLELY AS
   TRUSTEE FOR STRUCTURED ASSET
11 MORTGAGE INVESTMENT II INC. BEAR
   STEARNS MORTGAGE FUNDING TRUST 2006-
12 AR4, MORTGAGE PASS-THROUGH
   CERTIFICATES, SERIES 2006-AR4 [erroneously
13 sued as "WELLS FARGO BANK, NATIONAL
   ASSOCIATION AS TRUSTEE FOR THE
14 CERTIFICATE HOLDERS OF STRUCTURED
   ASSET MORTGAGE INVESTMENTS II, INC.
15 BEAR STEARNS MORTGAGE FUNDING TRUST
   2006-AR4, MORTGAGE PASS-THROUGH
16 CERTIFICATES, SERIES 2006-AR4"], SELECT
   PORTFOLIO SERVICING, INC. and NATIONAL
17 DEFAULT SERVICING CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL H. NOE, II,<br><br>         Plaintiff,<br><br>     v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION, AS NOMINEE FOR HOMEWIDE LENDING, CORP.; WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR4, MORTGAGE | Case No.  2:16-cv-06316 PSG (FFM)<br><br>Assigned to:<br>District Judge Philip S. Gutierrez<br>Courtroom: 880<br><br>Assigned Discovery:<br>Magistrate Judge Frederick F. Mumm<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br>Date Filed:  August 23, 2016 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4844-8969-6316.1
830902-59

- 1 -

PROPOSED JUDGMENT OF DISMISSAL

|   |   |
|---|---|
| 1 | PASS-THROUGH CERTIFICATES, SERIES 2006-AR4; SELECT PORTFOLIO SERVICING, INC., A UTAH CORPORATION; NATIONAL DEFAULT SERVICING CORPORATION, AN ARIZONA CORPORATION; MANOUCHEHR PIRIAN, MARYAM PIRIAN, AS INDIVIDUALS, |
| 6 | Defendants. |

On November 3, 2016, the Court entered an order granting Motion to Dismiss filed on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENT II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4, SELECT PORTFOLIO SERVICING, INC., and NATIONAL DEFAULT SERVICING CORPORATION [*collectively*, "Loan Defendants"]. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the captioned matter be dismissed with prejudice as to Loan Defendants. As a result, Plaintiff PAUL H. NOE II shall recover nothing from Loan Defendants in this action.

Dated:  11/10/16

PHILIP S. GUTIERREZ
_____
Judge Philip S. Gutierrez

Kutak Rock LLP
Attorneys At Law
Irvine

4844-8969-6316.1
830902-59

- 2 -

PROPOSED JUDGMENT OF DISMISSAL